United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEWAYNE PARKER,

        Petitioner,

      v.

UNKNOWN,

        Respondent.

Case No.  23-cv-02712-TLT

**ORDER OF DISMISSAL**

Petitioner, who resided at Napa State Hospital at the time of filing, filed a petition for writ of habeas corpus in the Eastern District of California.  ECF 1.  After the petition was transferred to the Northern District of California, the Clerk of the Court informed petitioner that this action was deficient because (1) he had not submitted his petition on the proper form; and (2) he had not submitted an *in forma pauperis* application or paid the filing fee.  ECF 4, 5.  The Court informed petitioner that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action.  *Id.*  The deadline has passed, and petitioner has not submitted the required documents.  The Court's notices have also all been returned as undeliverable, and the Court has not heard from petitioner since February.  ECF 7, 10.

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, petitioner may move to reopen the action. Any such motion must contain both (1) a petition on the proper form and (2) either the full filing fee or a complete *in forma pauperis* application.

      **IT IS SO ORDERED.**

Dated: September 5, 2023

1

2   TRINA L. THOMPSON
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California